# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED MAY 31, 2019

### NO. 03-18-00670-CV

### In re Commitment of Todd Matthew Jurischk

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on July 19, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment and order of civil commitment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.